B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blossom Valley Investors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**5762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1475 Saratoga Avenue, Suite 250**<br>**San Jose, CA**<br>ZIP Code **95129** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor     **San Jose, CA**<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                                  THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Blossom Valley Investors, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Pear Avenue Investors, LLC | Case Number: | Date Filed: |
| --- | --- | --- |
| District: Northern District of California | Relationship: Affiliate | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Blossom Valley Investors, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jeffry A. Davis**
Signature of Attorney for Debtor(s)

**Jeffry A. Davis SBN 103299** / Joseph R. Dunn, SBN 238069
Printed Name of Attorney for Debtor(s)

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
Firm Name

**3580 Carmel Mountain Road, Suite 300**
**San Diego, CA 92130**

Address

**858-314-1500  Fax: 858-314-1501**
Telephone Number

**September 9, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alan Pinn**
Signature of Authorized Individual

**Alan Pinn**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 9, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS
# OF BLOSSOM VALLEY INVESTORS, INC.

The undersigned, constituting all of the duly elected directors of Blossom Valley Investors, Inc. (the "Company"), duly adopt the following resolutions:

**RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and the filing of such petition is authorized hereby; and

**IT IS FURTHER RESOLVED**, that Alan R. Pinn and David A. Pinn, each individually (collectively, the "Authorized Persons"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court in such form and at such time as the Authorized Person executing said petition on behalf of the Company shall determine; and

**IT IS FURTHER RESOLVED**, that the Authorized Persons, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

**IT IS FURTHER RESOLVED**, that the Company, either prior to the filing of a chapter 11 petition or as a debtor and debtor in possession under chapter 11 of the Bankruptcy Code, be, and it hereby is, authorized to obtain the use of cash collateral or to borrow money in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of liens on the Company's assets as is reasonably necessary for the continuing conduct of the affairs of the Company and certain of its subsidiaries; and

**IT IS FURTHER RESOLVED**, that the Authorized Persons, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain professionals to render services to the Company in connection with the chapter 11 case, including, without limitation, Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., to act as chapter 11 counsel; and Odyssey Capital Group, LLC, to act as financial advisors and investment banker; and

**IT IS FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the

Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable in the good faith judgment of such Authorized Person to effectuate the purpose and intent of any and all of the foregoing resolutions; and

**IT IS FURTHER RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses incurred in connection with the transactions contemplated by these resolutions; and

**IT IS FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deed of the Company.

**IN WITNESS WHEREOF**, the undersigned have adopted the above resolution as of the date of the last signature below.

Date: 9/6/09

_____
Alan R. Pinn

Date: 9/6/09

_____
David A. Pinn

Date: 9/6/09

_____
Diane J. Pinn

Date: 9/6/09

_____
Toni A. Pinn

4709327v.1

| | | |
|---|---|---|
| 1 | Jeffry A. Davis (SBN 103299) | |
| 2 | Joseph R. Dunn (SBN 238069) | |
|   | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** | |
| 3 | 3580 Carmel Mountain Road, Suite 300 | |
|   | San Diego, CA 92130 | |
|   | Tel: 858 314-1500 | |
| 4 | Fax: 858 314-1501 | |
| 5 | Attorneys for Debtor | |
|   | Blossom Valley Investors, Inc. | |
| 6 | | |
| 7 | | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. |
| BLOSSOM VALLEY INVESTORS, INC., | Chapter 11 |
| Reorganized Debtor. | **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

Following is the list of the debtor's creditors holdng the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name and address of creditor | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|
| A&K Quality Drywall Inc.<br>1430 Koll Circle, Ste. 109<br>San Jose, CA 95112 | Disputed | $153,822.95 |
| A-1 Door and Building Solutions<br>4300 Jetway Court<br>North Highlands, CA 95660 | | $32,331.20 |
| Advanced Automatic Sprinkler<br>1947 San Ramon Valley Blvd.<br>San Ramon, CA 94583 | | $127,093.10 |

4710787v.1

| Name and address of creditor | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|
| Atlantic Concrete<br>P.O. Box 1772<br>Gilroy, CA 95021 | | $31,205.00 |
| Cloverleaf Construction Co.<br>16120 Caputo Drive, Ste. F<br>Morgan Hill, CA 95037 | Disputed | $93,573.43 |
| Elegant Surfaces<br>551 Carnegie Street<br>Manteca, CA 95337 | | $35,446.40 |
| Galante Brothers<br>P.O. Box 41490<br>San Jose, CA 95160 | | $31,660.77 |
| Groundworks<br>2145 Elkins Way, Ste. B<br>Brentwood, CA 94513 | Disputed | $337,253.54 |
| HMH Incorporated<br>P.O. Box 611510<br>San Jose, CA 95161 | Disputed | $115,722.73 |
| JC Heating & Air Conditioning<br>455 Barrett Avenue, Ste. A<br>Morgan Hill, CA 95037 | | $45,508.00 |
| Jim Henry Construction<br>Retaining Walls Company North<br>1525 Grand Avenue<br>San Marcos, CA 92078 | | $52,125.81 |
| Mike McCall<br>4749 Clayton Road<br>Concord, CA 94521 | | $511,736.88 |
| Nunes Electric<br>10486 Dougherty Avenue<br>Morgan Hill, CA 95037 | Disputed | $119,512.48 |
| Purcell Murray Builder Sales<br>P.O. Box 49281<br>San Jose, CA 95131 | | $28,889.52 |
| Robert MacLean<br>Design Inspirations<br>P.O. Box 23377<br>Pleasant Hills, CA 94523 | | $97,443.44 |

4710787v.1

| Name and address of creditor | Contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|
| Sanco Pipelines<br>368 E. Campbell Avenue<br>Campbell, CA 95008 | | $31,926.85 |
| Summit Plastering<br>4501 E. La Palma, Ste. 200<br>Anaheim, CA 92807 | | $71,119.50 |
| Technibuilders Iron Inc.<br>1049 Felipe Avenue, Ste. 250<br>San Jose, CA 95122 | Disputed | $123,944.30 |
| Terrasearch<br>6293 San Ignacio Avenue, Ste. A<br>San Jose, CA 95119 | | $36,067.50 |
| West Cabinets<br>2459 Radley Court<br>Hayward, CA 94545 | | $77,177.00 |

4710787v.1

B4 (Official Form 4) (12/07) - Cont.

In re   **Blossom Valley Investors, Inc.**                                  Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 9, 2009**            Signature    /s/ Alan Pinn
                                                  **Alan Pinn**
                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.