# United States Bankruptcy Court
## Northern District of California

In re    **Blossom Valley Investors, Inc.** _____ ,

                                     Debtor

Case No. _____ **09-57669** _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 34,375,000.00 | | |
| B - Personal Property | Yes | 5 | 11,450,415.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 42,088,887.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,149,017.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 45,825,415.02 | | |
| Total Liabilities | | | | 43,237,904.41 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re **Blossom Valley Investors, Inc.**        Case No. **09-57669**

_____,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Grandview Condos**<br>**N. Capital Avenue**<br>**San Jose, CA** | Fee | - | 12,600,000.00 | 12,764,795.00 |
| **Messina Condos**<br>**N. Capital Avenue**<br>**San Jose, CA** | Fee | - | 16,775,000.00 | 20,247,145.00 |
| **Oak Knoll Single-Family Homes**<br>**San Felipe Road**<br>**San Jose, CA** | Fee | - | 5,000,000.00 | 6,485,488.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 34,375,000.00 | (Total of this page) |
| Total > | 34,375,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Blossom Valley Investors, Inc.**                          Case No.    **09-57669**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **California Bank & Trust - checking** | - | **100,207.77** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, art, TVs, decorating items located in 4 models located at Mesina Gardens** | - | **80,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **180,207.77**
(Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Blossom Valley Investors, Inc.**        Case No.   **09-57669**

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **11th St. Commons**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 800.00 |
| | | **Alii Palms**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 183,262.54 |
| | | **Almaden Partners**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 79,336.84 |
| | | **ARP Co.**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 3,000.00 |
| | | **Bella Villagio Apts.**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 1,050.00 |

                                                       Sub-Total >       **267,449.38**
                                                (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Case: 09-57669    Doc# 24    Filed: 09/25/09    Entered: 09/25/09 19:25:04    Page 4 of 26

In re    **Blossom Valley Investors, Inc.**                   Case No.    **09-57669**

                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Maple Grove**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 2,597.88 |
| | | **PBC, Inc.**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 8,179,829.22 |
| | | **PBP, LP**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 24,531.92 |
| | | **PBP Union**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 454,791.65 |
| | | **Pear Avenue**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 385,037.02 |
| | | **Pfeiffer I**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 43,634.32 |
| | | **Pfeiffer II**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 452,313.16 |
| | | **Pfeiffer III**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 52,098.27 |
| | | **Alan R. Pinn**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 509,507.77 |
| | | **David R. Pinn**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 509,507.77 |
| | | **Saratoga Partners**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 79,336.94 |
| | | **Silvera II**<br>**Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 181,395.11 |

Sub-Total >     **10,874,581.03**
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Blossom Valley Investors, Inc.**          Case No. **09-57669**

_____, Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Tassajara** **Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 86,405.06 |
| | | **Bay Colony III** **Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 3,100.95 |
| | | **BWS, Inc.** **Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 629.33 |
| | | **DSC Inc.** **Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 37,993.79 |
| | | **Inn@Moorpark** **Location: 1475 Saratoga Avenue, Suite 250, San Jose CA** | - | 47.71 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     128,176.84
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Blossom Valley Investors, Inc.__                                    Case No. __09-57669__

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|---|---|
|  | | | Total > | 11,450,415.02 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Case: 09-57669    Doc# 24    Filed: 09/25/09    Entered: 09/25/09 19:25:04    Page 7 of 26

In re **Blossom Valley Investors, Inc.**

Case No. **09-57669**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Mechanic's lien | | | | | |
| A-1 Door and Building Solutions 4300 Jetway Court North Highlands, CA 95660 | | - | | | Grandview | | | X | | |
| | | | | | Value $          0.00 | | | | 31,550.16 | 31,550.16 |
| Account No. | | | | | Mechanic's lien | | | | | |
| A-1 Door and Building Solutions 4300 Jetway Court North Highlands, CA 95660 | | - | | | Messina | | | X | | |
| | | | | | Value $          0.00 | | | | 77,726.04 | 77,726.04 |
| Account No. | | | | | Mechanic's lien | | | | | |
| Advanced Automatic Sprinkler 1947 San Ramon Valley Blvd. San Ramon, CA 94583 | | - | | | Grandview | | | X | | |
| | | | | | Value $          0.00 | | | | 53,376.90 | 53,376.90 |
| Account No. | | | | | Mechanic's lien | | | | | |
| Advanced Automatic Sprinkler 1947 San Ramon Valley Blvd. San Ramon, CA 94583 | | - | | | Messina | | | X | | |
| | | | | | Value $          0.00 | | | | 67,694.86 | 67,694.86 |
| **7** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 230,347.96 | 230,347.96 |

Case: 09-57669    Doc#: 24    Filed: 09/25/09    Entered: 09/25/09 19:25:04    Page 8 of 26

Best Case Bankruptcy

In re  **Blossom Valley Investors, Inc.**  ,  Case No.  **09-57669**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's lien | | | | | |
| Alcal/Arcade Contracting 42950 Osgood Road Fremont, CA 94539 | - | | Grandview | | | X | | |
| | | | Value $    0.00 | | | | 16,874.64 | 16,874.64 |
| Account No. | | | Mechanic's lien | | | | | |
| Alcal/Arcade Contracting 42950 Osgood Road Fremont, CA 94539 | - | | Messina | | | X | | |
| | | | Value $    0.00 | | | | 8,142.68 | 8,142.68 |
| Account No. | | | Mechanic's lien | | | | | |
| American Underground P.O. Box 670 Byron, CA 94514 | - | | Grandview | | | X | | |
| | | | Value $    0.00 | | | | 20,307.93 | 20,307.93 |
| Account No. | | | Mechanic's lien | | | | | |
| American Underground P.O. Box 670 Byron, CA 94514 | - | | Messina | | | X | | |
| | | | Value $    0.00 | | | | 22,547.78 | 22,547.78 |
| Account No. | | | Mechanic's lien | | | | | |
| Atlantic Concrete P.O. Box 1772 Gilroy, CA 95021 | - | | Grandview | | | X | | |
| | | | Value $    0.00 | | | | 31,205.00 | 31,205.00 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

99,078.03 | 99,078.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re   **Blossom Valley Investors, Inc.**                     Case No.   **09-57669**

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. | | | | | Mechanic's lien | | | | | |
| Atlantic Concrete P.O. Box 1772 Gilroy, CA 95021 | - | | | | Messina | | | X | | |
| | | | | | Value $     0.00 | | | | 84,680.00 | 84,680.00 |
| Account No. | | | | | Messina | | | | | |
| Bank of the West c/o David Harris Miller Starr Regalia 1331 N. California Blvd., 5th Floor Walnut Creek, CA 94596 | - | | | | | | | | | |
| | | | | | Value $     16,775,000.00 | | | | 20,247,245.00 | 3,472,245.00 |
| Account No. | | | | | Mechanic's lien | | | | | |
| Coast Building Products P.O. Box 815 West Sacramento, CA 95691 | - | | | | Grandview | | | X | | |
| | | | | | Value $     0.00 | | | | 4,261.60 | 4,261.60 |
| Account No. | | | | | Mechanic's lien | | | | | |
| Coast Building Products P.O. Box 815 West Sacramento, CA 95691 | - | | | | Messina | | | X | | |
| | | | | | Value $     0.00 | | | | 15,129.17 | 15,129.17 |
| Account No. | | | | | Mechanic's lien | | | | | |
| General Plumbing Supply 1530 San Luis Road Walnut Creek, CA 94597 | - | | | | Grandview | | | X | | |
| | | | | | Value $     0.00 | | | | 18,437.28 | 18,437.28 |

Sheet **2** of **7**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     20,369,753.05     3,594,753.05

Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __Blossom Valley Investors, Inc.__ ,      Case No. ___09-57669___

                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's lien | | | | | |
| Groundworks 2145 Elkins Way, Suite B Brentwood, CA 94513 | - | | Grandview | | | X | | |
| | | | Value $      0.00 | | | | 282,272.72 | 282,272.72 |
| Account No. | | | Mechanic's lien | | | | | |
| JC Heating & Air Conditioning 455 Barrett Avenue, Suite A Morgan Hill, CA 95037 | - | | Grandview | | | X | | |
| | | | Value $      0.00 | | | | 46,316.10 | 46,316.10 |
| Account No. | | | Mechanic's lien | | | | | |
| JC Heating & Air Conditioning 455 Barrett Avenue, Suite A Morgan Hill, CA 95037 | - | | Messina | | | X | | |
| | | | Value $      0.00 | | | | 32,169.00 | 32,169.00 |
| Account No. | | | Mechanic's lien | | | | | |
| Jim Henry Construction Retaining Walls Company North 1525 Grand Avenue San Marcos, CA 92078 | - | | Oak Knoll | | | X | | |
| | | | Value $      0.00 | | | | 52,125.81 | 52,125.81 |
| Account No. | | | Mechanic's lien | | | | | |
| Mike McCall 4749 Clayton Road Concord, CA 94521 | - | | Messina | | | X | | |
| | | | Value $      0.00 | | | | 511,736.88 | 511,736.88 |

Sheet __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                     Subtotal (Total of this page)      924,620.51      924,620.51

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Blossom Valley Investors, Inc.**

Debtor

Case No. _____**09-57669**_____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Grandview | | | | | |
| **Pacific National Bank** c/o Ellen A. Friedman **Friedman Dumas & Springwater** **150 Spear Street, Suite 1600** **San Francisco, CA 94105** | - | | | | | | | X | | |
| | | | | | Value $        12,600,000.00 | | | | 12,764,795.00 | 164,795.00 |
| Account No. | | | | | Oak Knoll | | | | | |
| **Pacific National Bank** c/o Ellen A. Friedman **Friedman Dumas & Springwater** **150 Spear Street, Suite 1600** **San Francisco, CA 94105** | - | | | | | | | X | | |
| | | | | | Value $          5,000,000.00 | | | | 6,485,488.00 | 1,485,488.00 |
| Account No. | | | | | Mechanic's lien Grandview | | | | | |
| **Purcell Murray Builder Sales** P.O. Box 49281 San Jose, CA 95131 | - | | | | | | | X | | |
| | | | | | Value $                    0.00 | | | | 28,589.52 | 28,589.52 |
| Account No. | | | | | Mechanic's lien Messina | | | | | |
| **Purcell Murray Builder Sales** P.O. Box 49281 San Jose, CA 95131 | - | | | | | | | X | | |
| | | | | | Value $                    0.00 | | | | 61,154.21 | 61,154.21 |
| Account No. | | | | | Mechanic's lien Grandview | | | | | |
| **Robert MacLean** **Design Inspirations** P.O. Box 23377 **Pleasant Hill, CA 94523** | - | | | | | | | X | | |
| | | | | | Value $                    0.00 | | | | 163,842.03 | 163,842.03 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 19,503,868.76 | 1,903,868.76 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Blossom Valley Investors, Inc.**         Case No.   **09-57669**

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's lien | | | | | |
| Robert MacLean Design Inspirations P.O. Box 23377 Pleasant Hill, CA 94523 | - | | Messina | | | X | | |
| | | | Value $ 0.00 | | | | 185,688.96 | 185,688.96 |
| Account No. | | | Mechanic's lien | | | | | |
| Sanco Pipelines 368 E. Campbell Avenue Campbell, CA 95008 | - | | Grandview | | | X | | |
| | | | Value $ 0.00 | | | | 29,470.94 | 29,470.94 |
| Account No. | | | Mechanic's lien | | | | | |
| Sanco Pipelines 368 E. Campbell Avenue Campbell, CA 95008 | - | | Oak Knoll | | | X | | |
| | | | Value $ 0.00 | | | | 289,222.22 | 289,222.22 |
| Account No. | | | Mechanic's lien | | | | | |
| Slakey Brothers 863 Savaker Avenue San Jose, CA 95126 | - | | Grandview | | | X | | |
| | | | Value $ 0.00 | | | | 20,495.97 | 20,495.97 |
| Account No. | | | Mechanic's lien | | | | | |
| Steven's Creek Quarry 12100 Stevens Canyon Road Cupertino, CA 95014 | - | | Grandview | | | X | | |
| | | | Value $ 0.00 | | | | 30,082.08 | 30,082.08 |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    554,960.17    554,960.17

Case: 09-57669   Doc# 24   Filed: 09/25/09   Entered: 09/25/09 19:25:04   Page 13 of 26

B6D (Official Form 6D) (12/07) - Cont.

In re **Blossom Valley Investors, Inc.** Case No. **09-57669**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | Mechanic's lien | | | | | |
| **Steven's Creek Quarry** 12100 Stevens Canyon Road Cupertino, CA 95014 | - | | | | Messina | | | X | | |
| | | | | | Value $ 0.00 | | | | 57,158.61 | 57,158.61 |
| Account No. | | | | | Machanic's lien | | | | | |
| **Summit Plastering** 4501 E. La Palma, Suite 200 Anaheim, CA 92807 | - | | | | Grandview | | | X | | |
| | | | | | Value $ 0.00 | | | | 68,817.23 | 68,817.23 |
| Account No. | | | | | Mechanic's lien | | | | | |
| **Summit Plastering** 4501 E. La Palma, Suite 200 Anaheim, CA 92807 | - | | | | Messina | | | X | | |
| | | | | | Value $ 0.00 | | | | 106,259.00 | 106,259.00 |
| Account No. | | | | | Mechanic's lien | | | | | |
| **T&C Roofing** 2155 Elkins Way, Suite H Brentwood, CA 94513 | - | | | | Grandview | | | X | | |
| | | | | | Value $ 0.00 | | | | 18,132.18 | 18,132.18 |
| Account No. | | | | | Mechanic's lien | | | | | |
| **T&C Roofing** 2155 Elkins Way, Suite H Brentwood, CA 94513 | - | | | | Messina | | | X | | |
| | | | | | Value $ 0.00 | | | | 12,274.25 | 12,274.25 |

Sheet **6** of **7** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) — 262,641.27 | 262,641.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Blossom Valley Investors, Inc.**                  Case No. **09-57669**
                                             Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Mechanic's lien | | | | | |
| Terrasearch 6293 San Ignacio Avenue, Suite A San Jose, CA 95118 | | - | | | Oak Knoll | | | X | | |
| | | | | | Value $ 0.00 | | | | 36,067.50 | 36,067.50 |
| Account No. | | | | | Mechanic's lien | | | | | |
| United Marble & Granite 631 B Giguara Court San Jose, CA 95133 | | - | | | Grandview | | | X | | |
| | | | | | Value $ 0.00 | | | | 19,452.92 | 19,452.92 |
| Account No. | | | | | Mechanic's lien | | | | | |
| United Marble & Granite 631 B Giguara Court San Jose, CA 95133 | | - | | | Messina | | | X | | |
| | | | | | Value $ 0.00 | | | | 88,097.00 | 88,097.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __7__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 143,617.42 | 143,617.42 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 42,088,887.17 | 7,713,887.17 |

Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re __Blossom Valley Investors, Inc.__,  Case No. ___09-57669___
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                            __0__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Blossom Valley Investors, Inc.**                           Case No.   **09-57669**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **A&K Quality Drywall Inc.** **1430 Koll Circle, Suite 109** **San Jose, CA 95112** | - | | | | | | X | 152,822.95 |
| Account No. | | | | Loan | | | | |
| **Bay Colony Investors III, Inc.** **1475 Saratoga Avenue, Suite 250** **San Jose, CA 95129** | - | | | | | | | 79.11 |
| Account No. | | | | Loan | | | | |
| **Bella Villagio Apt. Homes, Inc.** **1475 Saratoga Avenue, Suite 250** **San Jose, CA 95129** | - | | | | | | | 4,322.05 |
| Account No. 2007050 | | | | 12/10/2008 | | | | |
| **Buis Construction Services** **274 E. Gish Road** **San Jose, CA 95112** | - | | | | | | | 350.00 |

__5__   continuation sheets attached

Subtotal
(Total of this page)      **157,574.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:26198-090714   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blossom Valley Investors, Inc.**                          Case No. ___**09-57669**___
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| **BWS, Inc.** **1475 Saratoga Avenue, Suite 250** **San Jose, CA 95129** | - | | | | | | 330,000.00 |
| Account No. | | | | | | | |
| **Cloverleaf** **16120 Caputo Drive, Suite F** **Morgan Hill, CA 95037** | - | | | | | | 93,573.42 |
| Account No. | | | | | | | |
| **Dahlin Group Inc.** **5865 Owens Drive** **Pleasanton, CA 94588** | - | | | | | X | 18,954.29 |
| Account No. | | | | | | | |
| **Elegant Surfaces** **551 Carnegie Street** **Manteca, CA 95337** | - | | | | | X | 35,446.40 |
| Account No. | | | | | | | |
| **Engeo Incorporated** **2010 Crow Canyon Place, Suite 250** **San Ramon, CA 94583** | - | | | | | X | 5,261.76 |

Sheet no. _**1**_ of _**5**_ sheets attached to Schedule of          Subtotal          483,235.87
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Blossom Valley Investors, Inc.**                           Case No. ___**09-57669**___
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| **Equity Capital** 1475 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | | 3,000.00 |
| Account No. | | | | | | | | |
| **Galante Brothers** P.O. Box 41490 San Jose, CA 95160 | - | | | | | | X | 31,660.77 |
| Account No. | | | | | | | | |
| **HMH Incorporated** P.O. Box 611510 San Jose, CA 95161 | - | | | | | | X | 115,722.73 |
| Account No. | | | | Loan | | | | |
| **Hotel Investors, G.P.** 1475 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | | 4,020.73 |
| Account No. | | | | | | | | |
| **LPMD Architects** 1288 Kifer Road, Unit 206 Sunnyvale, CA 94086 | - | | | | | | X | 15,775.43 |

Sheet no. _**2**_ of _**5**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,179.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Blossom Valley Investors, Inc.**                                    Case No.    **09-57669**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **682CV470-B** <br><br>Messina Gardens HOA <br>c/o Cmmoncents Management <br>5126 St Crk <br>San Jose, CA 95129 | | - | 10/1/2008-1/1/2009 | | | | 670.00 |
| Account No. **686CV46B-B** <br><br>Messina Gardens HOA <br>c/o Commoncents Management <br>5126 St Crk <br>San Jose, CA 95129 | | - | 10/1/2008-1/1/2009 | | | | 1,335.85 |
| Account No. **690CV45M-B** <br><br>Messina Gardens HOA <br>c/o Commoncents Management <br>5126 St Crk <br>San Jose, CA 95129 | | - | 10/1/2008-1/1/2009 | | | | 670.95 |
| Account No. <br><br>Messina Gardens HOA <br>c/o Commoncents Management <br>5126 St Crk <br>San Jose, CA 95129 | | - | 10/1/2008-1/1/2009 | | | | 657.75 |
| Account No. <br><br>Nunes Electric <br>10486 Dougherty Avenue <br>Morgan Hill, CA 95037 | | - | | | | X | 119,512.48 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          122,847.03

Case: 09-57669   Doc# 24   Filed: 09/25/09   Entered: 09/25/09 19:25:04   Page 20 of 26

In re   **Blossom Valley Investors, Inc.** _____,   Case No. ___**09-57669**_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| PBP, LP 1475 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | 197.62 |
| Account No. | | | Loan | | | | |
| Pear Avenue Investors, LLC 1475 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | 19.96 |
| Account No. | | | | | | | |
| Quality Built 15330 Avenue of Science San Diego, CA 92128 | - | | | | | X | 3,710.20 |
| Account No. | | | Loan | | | | |
| Residential Partners, L.P. 1425 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | 4,117.27 |
| Account No. | | | Loan | | | | |
| Steven's Creek Investors, Inc. 1475 Saratoga Avenue, Suite 250 San Jose, CA 95129 | - | | | | | | 6,014.22 |

Sheet no. __**4**__ of __**5**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        14,059.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Blossom Valley Investors, Inc.**        Case No. **09-57669**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| Technibuilders Iron Inc.<br>1049 Felipe Avenue, Suite 250<br>San Jose, CA 95122 | - | | | | | | | X | 123,944.30 |
| Account No. | | | | | | | | | |
| West Cabinets<br>2459 Radley Court<br>Hayward, CA 94545 | - | | | | | | | X | 77,177.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 201,121.30 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,149,017.24 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Blossom Valley Investors, Inc.**                              Case No.    **09-57669**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| David Liaw<br>39918 Potrero Drive<br>Newark, CA 94560 | Home purchase contract |
| Hoang<br>3838 Carryduff Way<br>San Jose, CA 95121 | Home purchase contract |
| Maureen Asumcion<br>755 E. Capital Avenue, #212<br>Milpitas, CA 95035 | Home purchase contract |
| Samantha Thai<br>1601 Garvey Place<br>San Jose, CA 95132 | Home purchase contract |
| Tony Loi<br>9850 No Name Uno<br>Gilroy, CA 95020 | Home purchase contract |
| Yan Zhang<br>1440 Oak Vista Way<br>Pleasanton, CA 94566 | Home purchase contract |

**0**

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Blossom Valley Investors, Inc.**        Case No. **09-57669**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alan R. Pinn<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Bank of the West<br>c/o David Harris<br>Miller Starr Regalia<br>1331 N. California Blvd., 5th Floor<br>Walnut Creek, CA 94596 |
| Alan R. Pinn<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Pacific National Bank<br>c/o Ellen A. Friedman<br>Friedman Dumas & Springwater<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| David R. Pinn<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Pacific National Bank<br>c/o Ellen A. Friedman<br>Friedman Dumas & Spriingwater<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |
| David R. Pinn Ultra Trust<br>1475 Saratoga, Suite 250<br>San Jose, CA 95129 | Bank of the West<br>c/o David Harris<br>Miller Starr Regalia<br>1331 N. California Blvd., 5th Floor<br>Walnut Creek, CA 94596 |
| David R.Pinn<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Bank of the West<br>c/o David Harris<br>Miller Starr Regalia<br>1331 N. California Blvd., 5th Floor<br>Walnut Creek, CA 94596 |
| Diane Pinn<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Bank of the West<br>c/o David Harris<br>Miller Starr Regalia<br>1331 N. California Blvd., 5th Floor<br>Walnut Creek, CA 94596 |
| Montalvo Trust<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Bank of the West<br>c/o David Harris<br>Miller Starr Regalia<br>1331 N. California Blvd., 5th Floor<br>Walnut Creek, CA 94596 |
| Pinn Living Trust<br>1475 Saratoga Avenue, Suite 250<br>San Jose, CA 95129 | Pacific National Bank<br>c/o Ellen A. Friedman<br>Friedman Dumas & Springwater<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105 |

**1**
___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Blossom Valley Investors, Inc.**                              Case No. ___**09-57669**___
_____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Toni Pinn**<br>**1475 Saratoga Avenue, Suite 250**<br>**San Jose, CA 95129** | **Bank of the West**<br>**c/o David Harris**<br>**Miller Starr Regalia**<br>**1331 N. California Blvd., 5th Floor**<br>**Walnut Creek, CA 94596** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

9/25/09 4:15PM

# United States Bankruptcy Court
## Northern District of California

In re  **Blossom Valley Investors, Inc.**                              Case No.  **09-57669**

                                             Debtor(s)              Chapter  **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature _____

                                                 **Alan Pinn**
                                                 **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.