# EXHIBIT 4

## EXHIBIT 4 - REQUIRED DISCLOSURES FOR JUNIOR FINANCING

| Provision | Applicability | Section Reference | Comments[1] |
|---|---|---|---|
| Granting of priority or a lien on property of the estate pursuant to Bankruptcy Code section 364(c) or (d) | Yes | Loan Documentation Pending | The Debtor will grant Pacific Capital Corp., Inc. a third deed of trust with respect to all of the property of the Debtor relating to Oak Knoll. |
| Providing of adequate protection or priority with respect to a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under Bankruptcy Code section 364 to make cash payments on account of the claim | No | N/A | N/A |
| A determination with respect to the validity, perfection, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing such claim | No | N/A | N/A |
| A waiver or modification of the provisions of the Bankruptcy Code or applicable rules relating to the automatic stay | No | N/A | N/A |
| A waiver or modification of any entity's authority to file a plan, to seek an extension of time in which the debtor has the | No | N/A | N/A |

---

[1] Capitalized terms not defined in this Exhibit 4 shall have the meaning ascribed to them in the Motion and/or the Memorandum of Points and Authorities in Support of the Motion.

5295118v.1

| | | | |
|---|---|---|---|
| exclusive right to file a plan, or the right to request the use of cash collateral under Bankruptcy Code section 363(c), or to request authority to obtain credit under Bankruptcy Code section 364 | | | |
| A release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action | No | N/A | N/A |
| Indemnification of any entity | No | N/A | N/A |
| A release, waiver, or limitation of any right under Bankruptcy Code section 506(c) | No | N/A | N/A |
| The granting of a lien on any claim or cause of action arising under Bankruptcy Code sections 544, 545, 547-549, 553(b), 723(a), or 724(a) | No | N/A | N/A |
| Provisions for "carve-outs" for professionals' fees and expenses | No | N/A | N/A |

5295118v.1