| | |
|---|---|
| 1 | Jeffry A. Davis (SBN 103299) |
| | Joseph R. Dunn (SBN 238069) |
| 2 | Abigail V. O'Brient (SBN 265704) |
| | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.** |
| 3 | 3580 Carmel Mountain Road, Suite 300 |
| | San Diego, CA 92130 |
| 4 | Tel: 858-314-1500 |
| | Fax: 858-314-1501 |

Attorneys for Debtor in Possession
Blossom Valley Investors, Inc.

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re

BLOSSOM VALLEY INVESTORS, INC.,

           Debtor in Possession.

Case No. 09-57669 SLJ
Chapter 11

**SECOND SUPPLEMENTAL DECLARATION OF JEFFRY A. DAVIS SETTING FORTH REVISIONS TO DEBTOR'S REVISED SECOND AMENDED PLAN AND DISCLOSURE STATEMENT (DATED MAY 16, 2011)**

Date: May 5, 2011
Time: 3:30 p.m.
Ctrm: 3035
Judge: Stephen L. Johnson

I, Jeffry A. Davis, declare:

1. I am a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., counsel of record for debtor and debtor in possession Blossom Valley Investors, Inc. (the "Debtor"). I am the attorney principally responsible for the representation of Blossom Valley Investors, Inc., the debtor in possession, and can testify to the facts stated herein on my own personal knowledge.

2. On May 11, 2011, the Court entered an order (the "Order") approving the Revised Second Amended Disclosure Statement filed May 10, 2011 (the "Disclosure Statement") in support of the Debtor's Revised Second Amended Chapter 11 Plan of Reorganization (Dated May 10, 2011) (the "Plan").

3. After entry of the Order, counsel for Bank of the West advised me of certain ambiguities in the language of the Plan for treatment of Class 2A and Class 2B Claims.

4. Further, because construction at Messina Gardens and Oak Knoll is ongoing, the Debtor has determined that it may not have complete information to state its belief as to amounts owing certain creditors and that it is prudent to file a less detailed version of Exhibit 1 that, while still notifying creditors of potential claim objections as directed by the Court, cannot be construed as an admission of the amounts owed to these creditors.

5. In order to resolve the issues raised by Bank of the West and to revise Exhibit 1, the Debtor filed a further amended plan (the "Plan") and disclosure statement (the "Disclosure Statement") on May 16, 2011. Attached hereto as **Exhibits A** and **B**, respectively, are "blacklines" of the Debtor's revisions to the Disclosure Statement and Plan, as compared to the versions of such documents filed on May 10, 2011. If approved by the Court, "clean" versions of Exhibits A and B will be served on creditors, along with a copy of the Court's order approving the Disclosure Statement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Diego, California on May 16, 2011.

/s/ Jeffry A. Davis
Jeffry A. Davis