Jeffry A. Davis (SBN 103299)
Joseph R. Dunn (SBN 238069)
Abigail V. O'Brient (SBN 265704)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: 858-314-1500
Fax: 858-314-1501

Attorneys for Debtor in Possession
Blossom Valley Investors, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BLOSSOM VALLEY INVESTORS, INC.,<br><br>                Debtor in Possession. | Case No. 09-57669 SLJ<br><br>Chapter 11<br><br>**DECLARATION OF ABIGAIL V. O'BRIENT REGARDING VOTING ON, AND TABULATION OF, BALLOTS ACCEPTING THE DEBTOR'S REVISED SECOND AMENDED PLAN OF REORGANIZATION (DATED MAY 16, 2011)**<br><br><u>Plan Confirmation Hearing:</u><br>Date:      June 20, 2011<br>Time:     1:30 p.m.<br>Courtroom: 3035<br>                   280 S. First Street<br>                   San Jose, CA 95113<br>Judge:    Stephen L. Johnson |

I, Abigail V. O'Brient, declare:

1. I am an attorney with the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz Levin"), counsel of record for debtor and debtor in possession Blossom Valley Investors, Inc. (the "Debtor"). The facts contained herein are true and correct to the best of my knowledge and if called as a witness I could and would testify competently thereto. All capitalized terms not defined herein have the meaning ascribed to them in the Debtor's Revised Second Amended Plan of Reorganization (Dated May 16, 2011) (the "Plan").

2. On May 18, 2011, the Court entered its Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice Thereof (the "Order").

3. On May 18, 2011, my office served the Plan, the Revised Second Amended Disclosure Statement in Support of the Debtor's Revised Second Amended Plan of Reorganization (Dated May 16, 2011), and the Order on all parties required to receive these documents pursuant to Federal Rules of Bankruptcy Procedure 2002 and 3017(d) and mailed ballots to all creditors entitled to vote on the Plan.

4. Under the Plan, only holders of Claims in Class 1A (Secured Tax Claims on Messina Gardens), Class 1B (Secured Tax Claims on Oak Knoll), Class 2A (Secured Claim Held by Bank of the West on Messina Gardens), Class 2B (Mechanics' Liens on Messina Gardens), Class 6 (General Unsecured Claims Not Otherwise Classified) and Class 7 (Unsecured Claims of Insiders) (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan.

5. The Order required that ballots be returned to me by mail, overnight delivery, messenger, personal delivery, facsimile or email no later than 5:00 p.m. (California time) on June 10, 2011 (the "Voting Deadline") in order for such ballots to be counted as valid.

6. All ballots received on or before the Voting Deadline were tabulated in accordance with customary tabulation procedures. The results of the voting by holders of Claims in the Voting Classes are set forth in **Exhibit A** hereto. The ballots received are attached as **Exhibit B** hereto. Attached hereto as **Exhibit C** is a schedule of the Claimants in Classes 1A through 8, as proposed in the Disclosure Statement, and the results of voting by those Claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2011 at San Diego, California.

/s/ Abigail V. O'Brient
Abigail V. O'Brient