# EXHIBIT A

## Blossom Valley Investors, Inc.: Ballot Tabulation

| Voting Class | Accepting Amount[1] | Accepting Number | Rejecting Amount | Rejecting Number |
|---|---|---|---|---|
| Class 1A | $ - | 0 | $ - | 0 |
|          | 0% | 0% | 0% | 0% |
| Class 1B | $ - | 0 | $ - | 0 |
|          | 0% | 0% | 0% | 0% |
| Class 2A | $ 13,581,215.24 | 1 | $ - | 0 |
|          | 100% | 100% | 0% | 0% |
| Class 2B | $ 59,070.32 | 2 | $ - | 0 |
|          | 100% | 100% | 0% | 0% |
| Class 6 | $ 507,090.85 | 4 | $ - | 0 |
|          | 100% | 100% | 0% | 0% |
| Class 7 | $ 351,770.96 | 9 | $ - | 0 |
|          | 100% | 100% | 0% | 0% |

Note 1: If a creditor indicated the amount of its claim on its ballot, that amount was used; otherwise, the amount reported in Exhibit 1 to the Disclosure Statement was used.

## Blossom Valley Investors, Inc.: Unimpaired Classes

| Unimpaired Class | Reason Class is Unimpaired |
|---|---|
| Class 1C | Holders of Class 1C Claims will retain their rights, if any, with respect to Grandview. |
| Class 3A | The terms of the Oak Knoll Loan Documentation will remain in full force and effect and will govern the treatment of the Class 3A Claim under the Plan. |
| Class 3B | The terms of the loan documentation will remain in full force and effect and will govern the treatment of the Class 3B Claim under the Plan. |
| Class 4 | The Debtor has stipulated to grant relief from stay to the Holder of the Class 4 Claim and anticipates that the Holder of the Class 4 Claim will foreclose on Grandview. |
| Class 5[1] | Class 5 Claims will be paid in full on the Initial Distribution Date. |
| Class 8 | Holders of Equity Security Interests will retain their Interests in the Reorganized Debtor as of the Effective Date. |

Note 1: The Debtor is not aware of any creditors holding Class 5 Claims.